P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS * STATE OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 SEP 16 2015

RE: WR-75,651-02

DANNY D. SWEAT
3318 ASHFORD PARK DR.
HOUSTON, TX 77082

226 GVE-N3B 77082